UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERNEST BASKIN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

FUNKO, INC., *et al.*,

Defendants.

Case No. C18-281RSM

ORDER TO REMAND

In accordance with the parties' Stipulation to Remand (Dkt. #18), the Court hereby ORDERS that this case is REMANDED to the Superior Court of Washington in and for King County and this matter is now CLOSED.

Dated this 10 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1